# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **"JANE DOE", a pseudonym** | |
| **Plaintiff** | |
| **v.** | **NO.: 18-10-JJM-LDA** |
| **RHODE ISLAND SCHOOL OF DESIGN** | |
| **Defendant.** | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS OF**
**VALERIA ALBANI'S DEPOSITION TAKEN OCTOBER 9, 2018**

Plaintiff reserves the right to use any deposition designation listed in defendant's designations and to supplement said designation.

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|---|---|---|---|
| 05:16 | 05:24 | 00:01:29.510-00:01:54.410 | P003739 |
| 06:22 | 07:02 | 00:03:00.370-00:03:28.140 | P003739-3740 |
| 10:22 | 11:02 | 00:07:15.360-00:07:30.270 | P003741 |
| 14:09 | 16:04 | 00:11:52.080-00:14:00.710 | P003743-3744 |
| 16:20 | 17:08 | 00:14:57.570-00:15:38.270 | P003744 |
| 17:10 | 17:16 | 00:15:44.350-00:16:07.410 | P003744 |
| 18:18 | 18:21 | 00:17:21.420-00:17:32.146 | P003745 |
| 22:23 | 25:08 | 00:23:22.520-00:26:28.670 | P003747-3748 |
| 41:08 | 42:05 | 00:49:04.200-00:50:23.940 | P003755-3756 |
| 44:14 | 47:15 | 00:54:01.920-00:58:15.070 | P003757-3758 |
| 55:22 | 56:06 | 01:08:55.345-01:09:27.692 | P003762 |
| 57:21 | 57:25 | 01:11:35.265-01:11:51.155 | P003763 |
| 76:04 | 76:07 | 01:33:46.015-01:33:55.835 | P003771 |

| | | | |
|---|---|---|---|
| 81:02 | 81:08 | 01:40:55.945-01:41:09.565 | P003774 |
| 84:21 | 85:15 | 01:46:05.835-01:47:08.335 | P003776 |
| 86:23 | 87:12 | 01:49:26.815-01:50:06.862 | P003777 |
| 92:12 | 92:21 | 01:57:12.015-01:57:45.876 | P003779 |
| 96:15 | 97:20 | 02:03:14.215-02:04:46.605 | P003781-3782 |
| 102:05 | 102:08 | 02:10:50.965-02:10:58.645 | P003784 |
| 103:20 | 103:24 | 02:12:25.547-02:12:41.847 | P003784 |
| 104:04 | 104:05 | 02:12:50.767-02:12:53.647 | P003784-3785 |
| 104:08 | 104:18 | 02:12:56.737-02:13:28.187 | P003785 |
| 105:02 | 105:07 | 02:13:54.017-02:14:08.837 | P003785 |
| 106:22 | 107:16 | 02:16:30.197-02:17:40.686 | P003786 |
| 110:17 | 115:06 | 02:22:12.257-02:27:13.177 | P003788-3790 |
| 115:13 | 115:16 | 02:27:36.187-02:27:45.457 | P003790 |
| 116:02 | 117:13 | 02:28:17.367-02:30:06.262 | P003790-3791 |
| 121:25 | 122:23 | 02:34:45.187-02:35:57.976 | P003793 |
| 128:15 | 129:02 | 02:44:03.767-02:44:39.977 | P003796 |
| 131:08 | 132:09 | 02:47:17.315-02:48:31.142 | P003797-3798 |
| 150:17 | 150:19 | 03:13:50.432-03:13:56.412 | P003806 |
| 150:23 | 150:23 | 03:14:01.795 | P003806 |
| 150:25 | 151:03 | 03:14:02.702-03:14:09.674 | P003806 |
| 151:06 | 151:06 | 03:14:16.932 | P003806 |
| 165:07 | 165:21 | 03:33:30.152-03:34:11.601 | P003813 |
| 168:08 | 169:19 | 03:37:28.551-03:39:19.941 | P003814-3815 |

| 170:10 | 171:09 | 03:40:01.581-03:41:25.361 | P003815-3816 |
| 177:10 | 177:20 | 03:50:08.471-03:50:31.301 | P003818-3819 |
| 178:13 | 178:25 | 03:51:32.431-03:52:24.081 | P003819 |

Respectfully submitted,

**KLINE & SPECTER, P.C.**

*David Williams*

_____
THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

Dated:  October 13, 2020

## CERTIFICATE OF SERVICE

I, David C. Williams, Esquire, hereby certify that on this date I served a true and correct

copy of Plaintiff's Deposition Designations for the deposition of Valeria Albani, taken on

October 9, 2018 upon the following parties via the Court's CM/ECF system.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI  02903-1345
*Counsel for Defendant, Rhode Island School of Design*

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020          By:   _____
THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **"JANE DOE", a pseudonym** | |
| **Plaintiff** | |
| **v.** | **NO.: 18-10-JJM-LDA** |
| **RHODE ISLAND SCHOOL OF DESIGN** | |
| **Defendant.** | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS OF**
**TIMOTHY BLAINE'S DEPOSITION TAKEN JULY 30, 2018**

Plaintiff reserves the right to use any deposition designation listed in defendant's designations and to supplement said designation.

| FROM | TO | VIDEO TIME | BATES # |
|---|---|---|---|
| 4:16 | 4:24 | 00:00:27.710-00:00L53.130 | P003825 |
| 6:05 | 6:07 | 00:01:590.112-00:02:04.190 | P003825 |
| 8:08 | 8:16 | 00:04:21.783-00:04:52.357 | P003826 |
| 11:04 | 11:12 | 00:07:40.380-00:08:07.720 | P003827-3828 |
| 12:05 | 12:15 | 00:09:17.7210-00:09:52.530 | P003828 |
| 23:07 | 25:06 | 00:24:39.176-00:27:31.310 | P003833-3834 |
| 27:12 | 27:22 | 00:31:39.810-00:32:12.190 | P003835 |
| 28:05 | 28:11 | 00:32:34.592-00:32:58.300 | P003835 |
| 28:23 | 29:17 | 00:33:28.960-00:34:37.936 | P003835-3836 |
| 33:02 | 33:17 | 00:39:03.890-00:39:55.410 | P003837 |
| 38:05 | 38:12 | 00:47:33.130-00:48:00.059 | P003839-3840 |
| 38:21 | 39:02 | 00:48:17.670-00:48:33.250 | P003840 |
| 39:11 | 39:13 | 00:49:05.350-00:49:08.920 | P003840 |

| | | | |
|---|---|---|---|
| 40:22 | 41:01 | 00:50:51.190-00:50:58.620 | P003841 |
| 41:15 | 42:03 | 00:51:42.230-00:52:15.370 | P003841 |
| 42:07 | 43:06 | 00:52:33.630-00:53:46.790 | P003841-3842 |
| 45:14 | 45:21 | 00:56:34.820-00:57:01.830 | P003843 |
| 46:21 | 47:08 | 00:58:41.440-00:59:15.530 | P003843-3844 |
| 52:21 | 53:14 | 01:07:30.991-01:08:35.619 | P003846 |
| 56:11 | 56:13 | 01:12:47.319-01:12:58.802 | P003848 |
| 57:17 | 57:22 | 01:13:45.559-01:15:00.794 | P003848 |
| 59:22 | 60:04 | 01:18:04.139-01:18:32.109 | P003849 |
| 60:20 | 60:24 | 01:19:49.359-01:20:54.049 | P003850 |
| 68:09 | 69:02 | 01:29:18.539-01:30:09.855 | P003853 |
| 69:11 | 69:21 | 01:30:39.959-01:31:07.559 | P003853-3854 |
| 71:18 | 71:20 | 01:33:32.069-01:33:39.169 | P003854 |
| 76:23 | 77:10 | 01:39:58.939-01:40:44.659 | P003857 |
| 77:14 | 77:18 | 01:41:08.939-01:41:26.459 | P003857 |
| 79:24 | 80:13 | 01:44:58.359-01:45:38.759 | P003858 |
| 83:09 | 85:12 | 01:49:08.889-01:51:53.189 | P003860 |
| 87:17 | 88:08 | 01:54:39.370-01:55:28.009 | P003861-3862 |
| 88:11 | 88:15 | 01:55:36.279-01:55:47.009 | P003862 |
| 90:16 | 91:15 | 01:58:16.929-01:59:28.586 | P003863 |
| 92:14 | 92:18 | 02:00:51.459-02:01:09.131 | P003864 |
| 95:23 | 96:10 | 02:05:06.309-02:50:40.439 | P003865 |
| 100.20 | 101.04 | 02:11:09.079-02:11:34.099 | P003867 |

| | | | |
|---|---|---|---|
| 101:19 | 102.04 | 02:12:08.809-02:12:40.658 | P003868 |
| 122:03 | 122:08 | 02:39:00.989-02:39:15.459 | P003877 |
| 127:02 | 127:05 | 02:45:22.319-02:45:35.139 | P003879 |
| 128:04 | 128:21 | 02:47:02.319-02:48:03.229 | P003879-3880 |
| 129:07 | 129:15 | 02:48:38.469-02:49:06.019 | P003880 |
| 131:10 | 131:24 | 02:51:19.829-02:52:02.619 | P003881 |
| 148:11 | 148:19 | 03:14:05.081-03:14:32.351 | P003888-3889 |
| 150:19 | 151:04 | 03:17:23.191-03:17:52.021 | P003889-3890 |
| 153:20 | 153:23 | 03:21:16.151-03:21:23.381 | P003891 |
| 162:06 | 163:21 | 03:32:37.261-03:34:43.171 | P003894-3895 |
| 164:04 | 164:13 | 03:35:03.011-03:35:34.772 | P003895-3896 |
| 177:10 | 177:13 | 03:51:46.986-03:51:54.441 | P003901 |
| 182:17 | 183:05 | 03:57:58.881-03:58:44.341 | P003904 |
| 183:22 | 184:01 | 03:59:41.001-03:59:56.556 | P003904 |
| 184:18 | 184:20 | 04:00:57.121-04:01:05.899 | P003905 |
| 197:05 | 198:18 | 04:17:31.051-04:19:39.101 | P003910-3911 |
| 209:11 | 210:07 | 04:34:12.637-04:35:12.061 | P003915-3916 |
| 212:13 | 212:16 | 04:37:59.150-04:38:07.059 | P003917 |
| 212:19 | 212:23 | 04:38:14.156-04:38:27.502 | P003917 |
| 213:02 | 213:04 | 04:38:34.129-04:38:39.014 | P003917 |
| 213:21 | 213:22 | 04:39:21.473-04:39:23.191 | P003918 |
| 213:24 | 214.01 | 04:39:26.297-04:39:27.922 | P003918 |
| 216:23 | 217:02 | 04:43:13.498-04:43:24.800 | P003919 |

3

| 217:04 | 217:10 | 04:43:30.922-04:43:48.570 | P003919 |

Respectfully submitted,

**KLINE & SPECTER, P.C.**

*David Williams*

_____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

Dated:  October 13, 2020

4

<u>**CERTIFICATE OF SERVICE**</u>

I, David C. Williams, Esquire, hereby certify that on this date I served a true and correct

copy of Plaintiff's Deposition Designations for the deposition of Timothy Blaine taken on July

30, 2018, upon the following parties via the Court's CM/ECF system.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI  02903-1345
*Counsel for Defendant, Rhode Island School of Design*

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020          By: _____
THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **"JANE DOE", a pseudonym** | |
| **Plaintiff** | |
| **v.** | **NO.: 18-10-JJM-LDA** |
| **RHODE ISLAND SCHOOL OF DESIGN** | |
| **Defendant.** | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS OF
ROBERT BRINKERHOFF'S DEPOSITION TAKEN OCTOBER 8, 2018**

Plaintiff reserves the right to use any deposition designation listed in defendant's

designations and to supplement said designation.

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|---|---|---|---|
| 5:02 | 5:20 | 00:00:48.644 – 00:01:27.020 | P003924 – P003925 |
| 6:02 | 6:06 | 00:01:47.820 – 00:02:04.669 | P003925 |
| 9:22 | 9:23 | 00:05:16.150 – 00:05:20.960 | P003927 |
| 10:17 | 11:11 | 00:06:23.790 – 00:07:26.983 | P003927 |
| 12:06 | 12:18 | 00:08:38.620 – 00:09:18.084 | P003928 |
| 14:20 | 15:06 | 00:12:08.190 – 00:12:49.790 | P003929 |
| 20:08 | 21:13 | 00:19:42.630 – 00:21:26.440 | P003932 |
| 21:20 | 22:14 | 00:22:01.170 – 00:23:23.970 | P003932 – P003933 |
| 22:24 | 23:16 | 00:24:24.650 – 00:25:20.350 | P003933 |
| 23:20 | 24:07 | 00:25:29.460 – 00:26:31.685 | P003933 |
| 24:19 | 25:06 | 00:27:19.010 – 00:27:56.520 | P003934 |
| 25:16 | 27:04 | 00:28:41.670 – 00:31:00.150 | P003934 – P003935 |

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|---|---|---|---|
| 28:05 | 29:10 | 00:32:45.070 – 00:34:18.906 | P003935 – P003936 |
| 30:18 | 32:13 | 00:36:13.254 – 00:39:17.790 | P003936 – P003937 |
| 34:25 | 35:03 | 00:43:07.680 – 00:43:19.075 | P003938 |
| 45:19 | 45:21 | 00:59:55.084 – 01:00:16.050 | P003943 |
| 47:11 | 47:14 | 01:02:58.480 – 01:03:13.140 | P003944 |
| 48:06 | 48:25 | 01:04:17.770 – 01:05:33.710 | P003944 – P003945 |
| 49:12 | 49:15 | 01:06:17.920 – 01:06:29.070 | P003945 |
| 50:12 | 52:02 | 01:07:39.490 – 01:10:11.810 | P003945 – P003946 |
| 53:04 | 53:06 | 01:11:32.590 – 01:11:39.881 | P003947 |
| 53:19 | 53:25 | 01:12:36.690 – 01:12:59.412 | P003947 |
| 55:18 | 56:03 | 01:15:51.240 – 01:16:32.985 | P003948 |
| 56:19 | 57:15 | 01:17:25.736 – 01:18:40.460 | P003948 – P003949 |
| 66:14 | 67:01 | 01:30:10.235 – 01:30:51.635 | P003953 |
| 71:10 | 72:04 | 01:37:12.795 – 01:38:06.235 | P003955 – P003956 |
| 74:03 | 75:08 | 01:41:12.995 – 01:42:47.865 | P003956 – P003957 |
| 76:24 | 78:11 | 01:44:51.865 – 01:47:12.346 | P003958 |
| 78:24 | 79:21 | 01:48:21.765 – 01:50:01.825 | P003959 |
| 81:12 | 82:17 | 01:53:07.805 – 01:54:34.335 | P003960 |
| 83:17 | 84:25 | 01:55:53.715 – 01:57:23.555 | P003961 |
| 85:21 | 86:09 | 01:59:02.015 – 01:59:54.442 | P003962 |
| 87:18 | 88:21 | 02:02:55.835 – 02:04:17.399 | P003963 |

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|----------|--------|----------------|-------------|
| 96:23 | 97:09 | 02:17:23.356 – 02:17:58.184 | P003967 |

Respectfully submitted,

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020            By:   _____
THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, David C. Williams, Esquire, hereby certify that on this date I served a true and correct

copy of Plaintiff's Deposition Designations for the deposition of Robert Brinkerhoff, taken on

October 8, 2018, upon the following parties via the Court's CM/ECF system.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI  02903-1345
*Counsel for Defendant, Rhode Island School of Design*

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020                    By:    _____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**"JANE DOE", a pseudonym**

                        **Plaintiff**

    **v.**

**RHODE ISLAND SCHOOL OF DESIGN**

                        **Defendant.**

**NO.: 18-10-JJM-LDA**

## PLAINTIFF'S DEPOSITION DESIGNATIONS OF
## GWENDOLINE M. FARRELLY'S DEPOSITION TAKEN SEPTEMBER 24, 2018

Plaintiff reserves the right to use any deposition designation listed in defendant's

designations and to supplement said designation.

| FROM | TO | VIDEO TIME | BATES # |
|------|------|------------|---------|
| 5:08 | 5:14 | 00:01:07.640 – 00:01:23.330 | P003972 |
| 5:21 | 5:24 | 00:01:47.010 – 00:01:58.140 | P003972 |
| 11:25 | 12:14 | 00:08:03.520 – 00:08:43.690 | P003975 |
| 21:09 | 22:03 | 00:19:53.270 – 00:20:48.690 | P003979 |
| 23:24 | 24:05 | 00:23:04.060 – 00:23:22.906 | P003980 |
| 30:09 | 30:18 | 00:31:55.530 – 00:32:22.760 | P003983 |
| 41:22 | 42:04 | 00:46:49.850 – 00:47:10.140 | P003988 – P003989 |
| 42:14 | 42:16 | 00:48:00.160 – 00:48:06.627 | P003989 |
| 42:20 | 43:02 | 00:48:12.760 – 00:48:30.990 | P003989 |
| 44:08 | 44:15 | 00:50:23.460 – 00:50:42.840 | P003990 |
| 45:11 | 45:24 | 00:51:37.550 – 00:52:14.910 | P003990 |
| 46:03 | 46:03 | 00:52:20.418 | P003990 |

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|----------|--------|----------------|-------------|
| 60:16 | 60:21 | 01:11:27.989 – 01:11:43.529 | P003997 |
| 62:07 | 62:12 | 01:13:57.699 – 01:14:16.239 | P003998 |
| 63:07 | 63:14 | 01:15:17.649 – 01:15:44.539 | P003998 |
| 64:14 | 64:23 | 01:17:01.509 – 01:17:31.040 | P003999 |
| 70:07 | 70:14 | 01:24:05.439 – 01:24:26.129 | P004002 |
| 71:01 | 71:06 | 01:24:59.559 – 01:25:11.699 | P004002 |
| 75:02 | 75:25 | 01:30:38.519 – 01:31:55.769 | P004004 |
| 76:13 | 77:15 | 01:32:42.059 – 01:34:17.874 | P004004 – P004005 |
| 77:19 | 77:24 | 01:34:23.107 – 01:34:35.469 | P004005 |
| 81:18 | 82:05 | 01:39:07.129 – 01:39:44.419 | P004007 |
| 83:12 | 84:02 | 01:41:08.959 – 01:41:56.059 | P004008 |
| 84:09 | 84:13 | 01:42:08.799 – 01:42:21.909 | P004008 |
| 85:19 | 86:08 | 01:43:48.329 – 01:44:21.479 | P004009 |
| 86:25 | 87:09 | 01:45:09.099 – 01:45:46.379 | P004009 |
| 88:03 | 88:09 | 01:46:52.349 – 01:47:18.619 | P004010 |
| 88:12 | 88:15 | 01:47:22.619 – 01:47:30.119 | P004010 |
| 92:07 | 92:12 | 01:51:54.389 – 01:52:05.929 | P004012 |
| 95:05 | 95:16 | 01:55:24.619 – 01:55:53.299 | P004013 |
| 129:09 | 130:01 | 02:36:46.260 – 02:37:31.409 | P004029 |
| 181:08 | 182:01 | 03:41:20.659 – 03:42:03.632 | P004053 |

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|----------|--------|----------------|-------------|
| 183:15 | 183:18 | 03:43:48.849 – 03:43:57.729 | P004054 |
| 184:13 | 186:08 | 03:44:43.519 – 03:46:38.489 | P004055 |

Respectfully submitted,

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020          By:  _____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, David C. Williams, Esquire, hereby certify that on this date I served a true and correct

copy of Plaintiff's Deposition Designations for the deposition of Gwendoline M. Farrelly, taken

on September 24, 2018, upon the following parties via the Court's CM/ECF system.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI  02903-1345
*Counsel for Defendant, Rhode Island School of Design*

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020        By:    _____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| **"JANE DOE", a pseudonym** | |
| **Plaintiff** | |
| **v.** | **NO.: 18-10-JJM-LDA** |
| **RHODE ISLAND SCHOOL OF DESIGN** | |
| **Defendant.** | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS OF**
**JENNIFER K. HOWLEY'S DEPOSITION TAKEN AUGUST 29, 2018**

Plaintiff reserves the right to use any deposition designation listed in defendant's designations and to supplement said designation.

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|---|---|---|---|
| 5:15 | 5:21 | 00:01:23.360 – 00:01:40.070 | P004066 |
| 6:03 | 6:09 | 00:02:04.730 – 00:02:25.050 | P004066 |
| 13:10 | 13:13 | 00:10:41.690 – 00:10:48.739 | P004069 |
| 13:20 | 13:23 | 00:11:07.020 – 00:11:18.906 | P004069 – P004070 |
| 18:04 | 18:10 | 00:16:27.620 – 00:16:49.270 | P004071 – P004072 |
| 24:05 | 24:09 | 00:24:31.370 – 00:24:54.220 | P004074 |
| 29:04 | 29:05 | 00:30:08.170 – 00:30:11.700 | P004077 |
| 29:23 | 30:12 | 00:31:27.430 – 00:32:13.680 | P004077 |
| 31:03 | 31:13 | 00:33:21.290 – 00:34:02.804 | P004077 – P004078 |
| 33:13 | 33:18 | 00:37:16.320 – 00:37:40.272 | P004079 |
| 34:22 | 35:02 | 00:39:02.110 – 00:39:20.160 | P004079 |
| 36:22 | 37:04 | 00:42:06.720 – 00:42:29.116 | P004080 |

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|---|---|---|---|
| 38:02 | 38:09 | 00:43:53.750 – 00:44:18.173 | P004081 |
| 40:04 | 40:06 | 00:46:44.520 – 00:46:52.642 | P004082 |
| 40:09 | 40:09 | 00:47:00.270 | P004082 |
| 40:11 | 40:13 | 00:47:00.550 – 00:47:05.939 | P004082 |
| 40:16 | 40:16 | 00:47:11.690 | P004082 |
| 40:18 | 41:16 | 00:47:11.770 – 00:48:21.930 | P004082 |
| 41:24 | 42:02 | 00:48:31.964 – 00:48:41.416 | P004082 – P004083 |
| 43:03 | 43:07 | 00:49:45.300 – 00:49:59.260 | P004083 |
| 43:10 | 43:11 | 00:50:04.508 – 00:50:06.890 | P004083 |
| 44:20 | 45:02 | 00:51:57.900 – 00:52:30.210 | P004084 |
| 50:14 | 51:06 | 00:58:44.010 – 00:59:43.940 | P004086 – P004087 |
| 51:22 | 52:11 | 01:00:37.390 – 01:01:31.025 | P004087 |
| 53:03 | 53:18 | 01:02:42.250 – 01:03:40.920 | P004088 |
| 54:22 | 55:06 | 01:04:58.350 – 01:05:29.701 | P004088 – P004089 |
| 57:11 | 57:15 | 01:08:13.530 – 01:08:33.540 | P004090 |
| 59:02 | 59:06 | 01:10:31.940 – 01:10:52.340 | P004090 |
| 60:08 | 60:13 | 01:12:21.000 – 01:12:44.971 | P004091 |
| 63:09 | 63:14 | 01:16:24.187 – 01:16:38.497 | P004092 |
| 70:07 | 70:22 | 01:26:37.307 – 01:27:29.920 | P004096 |
| 73:19 | 73:23 | 01:30:44.217 – 01:30:55.127 | P004097 |
| 81:01 | 81:22 | 01:41:00.667 – 01:41:55.087 | P004101 |
| 82:13 | 82:18 | 01:42:48.067 – 01:43:06.971 | P004101 |

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|---|---|---|---|
| 100:05 | 100:19 | 02:06:23.407 – 02:07:04.797 | P004109 – P004110 |
| 104:17 | 104:25 | 02:12:17.507 – 02:12:40.397 | P004112 |
| 105:19 | 105:23 | 02:13:36.357 – 02:13:49.257 | P004112 |
| 107:16 | 108:08 | 02:16:16.346 – 02:17:06.898 | P004113 |
| 109:09 | 109:12 | 02:18:10.257 – 02:18:15.568 | P004114 |
| 110:05 | 110:11 | 02:18:56.266 – 02:19:15.822 | P004114 |
| 128:20 | 129:02 | 02:42:07.829 – 02:42:30.452 | P004123 |
| 129:20 | 130:02 | 02:43:27.159 – 02:43:50.459 | P004123 |
| 139:14 | 140:05 | 02:56:09.009 – 02:56:49.729 | P004128 |
| 140:09 | 140:19 | 02:56:53.934 – 02:57:20.079 | P004128 |

Respectfully submitted,

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020        By:   _____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

I, David C. Williams, Esquire, hereby certify that on this date I served a true and correct

copy of Plaintiff's Deposition Designations for the deposition of Jennifer K. Howley, taken on

August 29, 2018, upon the following parties via the Court's CM/ECF system.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI  02903-1345
*Counsel for Defendant, Rhode Island School of Design*

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020                    By: _____
THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **"JANE DOE", a pseudonym** | |
| **Plaintiff** | |
| **v.** | **NO.: 18-10-JJM-LDA** |
| **RHODE ISLAND SCHOOL OF DESIGN** | |
| **Defendant.** | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS OF**
**SYDNEY LAKE'S DEPOSITION TAKEN SEPTEMBER 27, 2018**

Plaintiff reserves the right to use any deposition designation listed in defendant's designations and to supplement said designation.

| FROM | TO | VIDEO TIME | BATES # |
|---|---|---|---|
| 05:08 | 05:10 | 00:01:21.920-00:01:26.200 | P004139 |
| 05:13 | 05:16 | 00:01:34.550-00:01:41.410 | P004139 |
| 05:23 | 06:01 | 00:02:00.370-00:02:11.850 | P004139 |
| 12:22 | 14:13 | 00:10:01.320-00:12:14.140 | P004142-4143 |
| 16:09 | 16:11 | 00:14:44.110-00:14:49.900 | P004144 |
| 32:13 | 32:16 | 00:37:54.220-00:38:03.910 | P004152 |
| 44:15 | 44:19 | 00:55:58.800-00:56:15.560 | P004157 |
| 45:04 | 45:15 | 00:56:51.030-00:57:29.840 | P004157-4158 |
| 46:20 | 47:05 | 00:59:39.330-01:00:17.920 | P004158 |
| 53:07 | 54:01 | 01:07:59.090-01:08:52.290 | P004161-4162 |
| 58:23 | 59:24 | 01:15:36.490-01:17:06.804 | P004164 |
| 62:09 | 62:24 | 01:20:14.270-01:20:58.790 | P004165-4166 |
| 63:03 | 63:08 | 01:21:22.320-01:21:41.826 | P004166 |

| 66:03 | 67:08 | 01:25:18.540-01:26:40.879 | P004167-4168 |

Respectfully submitted,

**KLINE & SPECTER, P.C.**

*David Williams*

_____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

Dated:  October 13, 2020

## CERTIFICATE OF SERVICE

I, David C. Williams, Esquire, hereby certify that on this date I served a true and correct

copy of Plaintiff's Deposition Designations for the deposition of Sydney Lake, taken on

September 27, 2018, upon the following parties via the Court's CM/ECF system.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI  02903-1345
*Counsel for Defendant, Rhode Island School of Design*

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020         By: _____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **"JANE DOE", a pseudonym** | |
| **Plaintiff** | |
| **v.** | **NO.: 18-10-JJM-LDA** |
| **RHODE ISLAND SCHOOL OF DESIGN** | |
| **Defendant.** | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS OF**
**ABRAHAM LUGO'S DEPOSITION TAKEN AUGUST 28, 2018**

Plaintiff reserves the right to use any deposition designation listed in defendant's designations and to supplement said designation.

| **FROM** | **TO** | **VIDEO TIME** | **BATES #** |
|---|---|---|---|
| 05:12 | 05:19 | 00:01:14.190-00:01:34.400 | P004173 |
| 06:09 | 06:11 | 00:02:23.400-00:02:34.216 | P004173 |
| 35:15 | 35:22 | 00:42:29.990-00:42:43.656 | P004187 |
| 39:04 | 39:16 | 00:47:17.030-00:47:58.120 | P004188 |
| 63:14 | 63:24 | 01:19:48.831-01:20:30.411 | P004199 |
| 69:16 | 70:16 | 01:28:46.051-01:30:40.848 | P004202-4203 |

Respectfully submitted,

**KLINE & SPECTER, P.C.**

*David Williams*

_____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

Dated:  October 13, 2020

2

## CERTIFICATE OF SERVICE

I, David C. Williams, Esquire, hereby certify that on this date I served a true and correct copy of Plaintiff's Deposition Designations for the deposition of Abraham Lugo, taken on August 28, 2018, upon the following parties via the Court's CM/ECF system.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI  02903-1345
*Counsel for Defendant, Rhode Island School of Design*

**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020                    By:   _____

THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **"JANE DOE", a pseudonym** | |
| **Plaintiff** | |
| **v.** | **NO.: 18-10-JJM-LDA** |
| **RHODE ISLAND SCHOOL OF DESIGN** | |
| **Defendant.** | |

**PLAINTIFF'S OBJECTIONS TO VIDEO-TAPED TRIAL TESTIMONY**
**OF THOMAS KEVIN O'CALLAGHAN TAKEN OCTOBER 5, 2020**

| <ins>FROM</ins> | <ins>TO</ins> |
|------|----|
| 27:24 | 34:07 |
| 34:23 | 35:07 |
| 41:16 | 43:04 |

In addition, Plaintiff seeks to edit out or otherwise delete the "dead air time" on video from 38:21 minutes to 39:25 minutes to account for a technical issue.

Respectfully submitted,

**KLINE & SPECTER, P.C.**

*David Williams*

_____
THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*

Dated:  October 13, 2020

## CERTIFICATE OF SERVICE

I, David C. Williams, Esquire, hereby certify that on this date I served a true and correct

copy of Plaintiff's Objections to Video-Taped Trial Testimony of Thomas Kevin O'Callaghan

Taken on October 5, 2020, upon the following parties via the Court's CM/ECF system.

Steven M. Richard, Esquire
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI  02903-1345
*Counsel for Defendant, Rhode Island School of Design*


**KLINE & SPECTER, P.C.**

*David Williams*

Dated:  October 13, 2020           By:    _____
THOMAS R. KLINE, ESQUIRE
NADEEM A. BEZAR, ESQUIRE
DAVID C. WILLIAMS, ESQUIRE
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000
*Attorneys for Plaintiff*